UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 05-268

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,  ) | |
| ) | ORDER OF DISMISSAL |
| v.  ) | |
| ) | |
| NOO-DIN LAROSE,  ) | |
| f/k/a Michael Edward Larose, ) | |
| ) | |
| Defendant.  ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: 12/9/05

s/Richard H. Kyle
Richard H. Kyle
U.S. District Judge